IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BILLY NICHOLS, JR.**  PLAINTIFF
ADC #092713

v.  CASE NO. 2:23-CV-00021-BSM

**C. RIVERS,** *et al.*  DEFENDANTS

## ORDER

After *de novo* review, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 15] is adopted and Billy Nichols's complaint is dismissed without prejudice because he failed to pay his required filing fee. *See* Doc. No. 4.

IT IS SO ORDERED this 14th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE