IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BILLY NICHOLS, JR.**                                                                                    **PLAINTIFF**
ADC #092713

v.                             CASE NO. 2:23-CV-00021-BSM

**C. RIVERS,** *et al.*                                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE